| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Sutton, Jeffrey S. | 2. Court or Organization Sixth Circuit Court of Appeals | 3. Date of Report 06/19/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address 85 Marconi Boulevard Columbus, OH 43215 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Faculty | The Ohio State University College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | Ohio Public Employee's Retirement System; vested retirement account. |
| 2. 1997 | Ohio State Teacher's Retirement System; vested retirement account. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S. | 06/19/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | The Ohio State University College of Law | $27,495.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | The Columbus Academy - teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | 1/4-6/16 & 1/11-15/16 & 1/18-19/16 | Boston, MA | Teach course at Harvard Law School. | Transportation, Meals, Room |
| 2. | Defense Research Institute | 2/11-12/16 | Phoenix, AZ | Participate in event. | Transportation, Meals, Room |
| 3. | The Federalist Society | 2/16-18/16 | Berkeley, CA | Participate in event. | Transportation, Meals, Room |
| 4. | University of Denver | 2/24-26/16 | Denver, CO | Participate in event. | Transportation, Meals, Room |
| 5. | AGS | 3/17-18/16 & 3/21-22/16 | Canberra, Australia | Participate in mulitple events. | Transportation, Meals, Room |
| 6. | Duke School of Law | 5/19-20/16 | Detroit, MI | Participate in event. | Transportation, Meals, Room |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sutton, Jeffrey S. | 06/19/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | New York University | 7/18-21/16 | New York, NY | Participate in event. | Transportation, Meals, Room |
| 8. | The Federalist Society | 8/9-10/16 | Houston, TX | Participate in event. | Transportation, Meals, Room |
| 9. | Practising Law Institute | 8/11/16 | New York, NY | Participate in event. | Transportation, Meals, Room |
| 10. | Federal Bar Association | 9/30/16 | Oklahoma City, OK | Participate in event. | Transportation, Meals, Room |
| 11. | The Federalist Society | 10/6/16 | Philadelphia, PA | Participate in event. | Transportation, Meals, Room |
| 12. | University of North Carolina | 10/27-28/16 | Chapel Hill, NC | Participate in event. | Transportation, Meals, Room |
| 13. | Appellate Judges Education Institute | 11/11/16 | Philadelphia, PA | Participate in event. | Transportation, Meals, Room |
| 14. | The Federalist Society | 11/16-18/16 | Washington, DC | Participate in event. | Transportation, Meals, Room |
| 15. | Federal Bar Association | 12/8-9/16 | Honolulu, HI | Participate in event. | Transportation, Meals, Room |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S. | 06/19/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Chase checking account | A | Interest | J | T | | | | | |
| 2.   Fidelity Investment Grade Bond Fund (IRA) | A | Interest | J | T | | | | | |
| 3.   Fidelity Cash Reserves Mutual Fund (IRA) | A | Interest | K | T | Sold (part) | 01/22/16 | K | | |
| 4.   Fidelity Select Health Care Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 5.   Fidelity Spartan 500 Index Mutual Fund (IRA) | A | Dividend | L | T | Sold (part) | 08/16/16 | K | | |
| 6.   Fidelity Strategic Bond Fund (IRA) | A | Interest | J | T | | | | | |
| 7.   Fidelity Magellan Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 8.   Fidelity Overseas Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 9.   Vanguard Money Market Fund | A | Interest | K | T | Sold (part) | 01/22/16 | K | | |
| 10.   Vanguard S&P 500 Index Fund (IRA) | B | Dividend | M | T | | | | | |
| 11.   TIAA Traditional | A | Dividend | K | T | | | | | |
| 12.   CREF Stock R1 | A | Dividend | L | T | | | | | |
| 13.   TIAA Real Estate | A | Dividend | J | T | | | | | |
| 14.   CREF Bond R1 | A | Dividend | J | T | | | | | |
| 15.   T Rowe Price 2025 Fund Class R | A | Dividend | K | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S. | 06/19/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S. | 06/19/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey S. Sutton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544